IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 17-CV-1334 |
| v. | ) ) | Honorable Judge Guzman Magistrate Judge Valdez |
| GAITHER TECHNOLOGIES STC, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Holt Healthcare Management, Inc. ("Plaintiff") and Gaither Technologies, STC, LLC ("Defendant") have reached an individual settlement agreement and expect to file a stipulation of dismissal within the next 21-28 days.

Respectfully submitted,

/s/ *Dulijaza Clark*
Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on May 30, 2017, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, and cause service upon the following:

Via Email and US Mail to:

Gaither Technologies, STC, LLC
Attn: Steve Rudolph
2330 Washington Avenue
Evansville, IN 47714
steve@gaithertech.com

                                                                    /s/ *Dulijaza Clark*
                                                                    Dulijaza Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)