## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 17-CV-1334 |
| v. | ) ) | Honorable Judge Guzman |
| | ) | Magistrate Judge Valdez |
| GAITHER TECHNOLOGIES STC, LLC, and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

    NOW COMES Plaintiff, by and through its attorney, and pursuant to Fed R. Civ. Proc. 41(a)(1)(A)(i), hereby stipulates and agrees to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Dated:   June 21, 2017

                                                                           Respectfully submitted,

                                                                          HOLT HEALTHCARE MANAGEMENT
                                                                          MANAGEMENT SERVICES, INC.

                                                                          /s/ *Dulijaza Clark*
                                                                          Daniel A. Edelman
                                                                          Dulijaza Clark
                                                                          EDELMAN, COMBS, LATTURNER
                                                                               & GOODWIN, LLC
                                                                          20 South Clark Street, Suite 1500
                                                                          Chicago, Illinois 60603
                                                                          (312) 739-4200
                                                                          (312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, hereby certify that on June 21, 2017, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, and caused service upon the following:

Via Email and US Mail to:

Gaither Technologies, STC, LLC
Attn: Steve Rudolph
2330 Washington Avenue
Evansville, IN 47714
steve@gaithertech.com

                                      /s/ *Dulijaza Clark*
                                      Dulijaza Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)