## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Holt Healthcare Management Services, Inc.
                                             Plaintiff,

v.                                                  Case No.: 1:17−cv−01334
                                                    Honorable Ronald A. Guzman

Gaither Technologies STC, LLC, et al.
                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 21, 2017:

    MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to plaintiff's notice of voluntary dismissal [19], the parties hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant with prejudice and to the dismissal of the class claims without prejudice. Each party shall bear its own costs. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.